1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SHEILA ROCHEL, an individual, | Case No.: 2:22-cv-00115-DSF-JPR |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## **ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,

This action shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 15, 2022

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Dale Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge